## DOBBS & REID v. WOODSTOCK IRON WORKS.

</div>

SIMMONS, C. J.　The evidence showing a conflict in nearly all of the controlling questions in the case, it should have been submitted to the jury, and the court below erred in directing a verdict.

　*Judgment reversed. All the Justices concur, except Candler, J., absent.*

<div align="center">Argued April 22,—Decided May 11, 1905.</div>

　Action on contract.　Before Judge Henry.　Chattooga superior court.　September 20, 1904.

　*R. M. W. Glenn* and *J. P. Shattuck,* by *Z. D. Harrison,* for plaintiffs.　*F. W. Copeland* and *J. M. Bellah,* for defendant.